SIMPSON GRAY, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted February 23, 2009; decided April 7, 2009

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's grant of the motion to amend the answer, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution (*see Best v Yutaka*, 90 NY2d 833, 834 n [1997]; *Muro v Bay Ready Mix & Supplies*, 97 NY2d 625 [2001]); motion for leave to appeal otherwise denied.